UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
    Cheryl Y. Witherspoon  :
        Debtor(s) : NO. 17-10741  SR

**O R D E R**

**IT IS HEREBY ORDERED AND DECREED THAT:** Debtors' counsel's Application for Allowance of Compensation in the amount of $3,500.00 is approved.

(Debtor paid $1,990.00 of the amount prior to the bankruptcy filing)

_____
J.

**Date: October 12, 2017**