United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                        Case No. 17-10741-jkf
Cheryl Y. Witherspoon                                                         Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: Christina          Page 1 of 1           Date Rcvd: Oct 12, 2017
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 14, 2017.
db             +Cheryl Y. Witherspoon,    4430 Hurley Street,    Philadelphia, PA 19120-4527

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 12, 2017 at the address(es) listed below:
      FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
      LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association (Successor Trustee for
       the PHFA, pursuant to said Trust Indenture) lhaller@pkh.com,    dmaurer@pkh.com;mgutshall@pkh.com
      MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank National Association (Successor Trustee
       for the PHFA, pursuant to said Trust Indenture) bkgroup@kmllawgroup.com
      MICHAEL A. LATZES    on behalf of Debtor Cheryl Y. Witherspoon efiling@mlatzes-law.com
      POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
       ecf_frpa@trustee13.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                        TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| **Cheryl Y. Witherspoon** | : |
| Debtor(s) | : NO. 17-10741  SR |

**O R D E R**

**IT IS HEREBY ORDERED AND DECREED THAT:** Debtors' counsel's Application for Allowance of Compensation in the amount of $3,500.00 is approved.

(Debtor paid $1,990.00 of the amount prior to the bankruptcy filing)

_____
                                                                                                        J.

**Date: October 12, 2017**