UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 BANKRUPTCY |
|     Cheryl Y. Witherspoon | : |
|         Debtor | : |
| | : NO. 17-10741 JKF |
| U.S. Bank National Association, et al | : |
|         Movant | : |
|       v. | : |
| Cheryl Y. Witherspoon | : Date: May 30, 2018 |
|         Debtor | : Time: 9:30 a.m. |
| | : Courtroom: 3 |
| William C. Miller, Esquire | : |
|         Trustee | : |

**CERTIFICATE OF SERVICE**

I hereby certify that true and correct copies of the foregoing Debtor's Answer to U.S. Bank National Association, et al's Motion for Relief was served upon the following parties by mailing such copies by first class, postage prepaid or by electronic means on May 24, 2018, to the following:

Asst. U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA   19107

Kevin G. McDonald, Esquire
KML Law Group, P.C.
Suite 5000 - BNY Mellon Independence Ctr.
701 Market St.
Attn: Bankruptcy Dept.
Philadelphia, PA 19106

Frederick L. Reigle, Trustee
P.O. BOX 4010
Reading, PA 19606-0410

Cheryl Witherspoon
4430 Hurley Street
Philadelphia, PA 19120

 /s/ MICHAEL A. LATZES
MICHAEL A. LATZES, ESQUIRE
Attorney for Debtor