IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| **Cheryl Y. Witherspoon** | : |
| | : |
| **Debtor(s)** | : NO.   17-10741 JKF |

CERTIFICATION OF SERVICE

I, MICHAEL A. LATZES, ESQUIRE, attorney for debtor, hereby certifies that true and correct copies of the Notice, Motion to Modify and Proposed Order were served either by first class mail, postage prepaid or electronically on June 29, 2018, to Frederick Regile, Trustee, United States Trustee, all attorneys of record, debtor, Cheryl Y. Witherspoon and all creditors that filed a Proof of Claim on a timely manner.


 6-29-18                                                       /s/ MICHAEL A. LATZES, ESQUIRE
DATE                                                            MICHAEL A. LATZES, ESQUIRE
                                                                       Attorney for Debtor