**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
|     **Cheryl Y. Witherspoon** | : |
| | : |
|     **Debtor(s)** | : NO.  17-10741 JKF |
| | : |

CERTIFICATE OF SERVICE

    I, MICHAEL A. LATZES, ESQUIRE, attorney for debtor, hereby certifies that a true and correct copy of the Amended Chapter 13 Plan Per Order to Modify was mailed either  first class mail, postage prepaid or electronically on July 17, 2018, to all parties of interest.


7-17-18                                                                                          /s/     MICHAEL A. LATZES
DATE                                                                                      MICHAEL A. LATZES, ESQUIRE
                                                                                          Attorney for Debtor