IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
    **Cheryl Y. Witherspoon** :
 :
    Debtor(s) : NO.  17-10741 JKF

O R D E R

AND NOW, this       day of                        2018, upon the debtor's Motion to Modify and Abate Plan Payments post confirmation;

AND upon the debtor's certification that all parties in interest were served with the motion and there are no objections thereto and with the consent of the Chapter 13 Trustee,

IT is hereby ordered that Debtor's Motion to Modify Chapter 13 Plan and Abate Plan Payments is **GRANTED.**

                                                    J.

**Date: July 26, 2018**