United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Cheryl Y. Witherspoon  
    Debtor

Case No. 17-10741-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: YvetteWD     Page 1 of 1     Date Rcvd: Jul 26, 2018  
                   Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2018.  
db         +Cheryl Y. Witherspoon,   4430 Hurley Street,   Philadelphia, PA 19120-4527

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2018 at the address(es) listed below:  
        KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association (Successor Trustee for the PHFA, pursuant to said Trust Indenture) bkgroup@kmllawgroup.com  
        LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association (Successor Trustee for the PHFA, pursuant to said Trust Indenture) lhaller@pkh.com,    dmaurer@pkh.com;mgutshall@pkh.com  
        MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank National Association (Successor Trustee for the PHFA, pursuant to said Trust Indenture) bkgroup@kmllawgroup.com  
        MICHAEL A. LATZES    on behalf of Debtor Cheryl Y. Witherspoon efiling@mlatzes-law.com  
        POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM   MILLER*R    ecfemail@FredReigleCh13.com,    ECF_FRPA@Trustee13.com  
                                                                                            TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | : CHAPTER 13 |
| **Cheryl Y. Witherspoon** | : |
| | : |
| **Debtor(s)** | : NO.  17-10741 JKF |

O R D E R

AND NOW, this      day of                          2018, upon the debtor's Motion to Modify and Abate Plan Payments post confirmation;

AND upon the debtor's certification that all parties in interest were served with the motion and there are no objections thereto and with the consent of the Chapter 13 Trustee,

IT is hereby ordered that Debtor's Motion to Modify Chapter 13 Plan and Abate Plan Payments is **GRANTED.**

_____
                                                                                                                          J.

**Date: July 26, 2018**