| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
Chapter 13 Case No. 17-10741-AMC

CHERYL Y. WITHERSPOON
4430 HURLEY STREET
PHILADELPHIA  PA   19120

Petition Filed Date: 02/01/2017
341 Hearing Date: 04/21/2017
Confirmation Date: 09/13/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/30/2019 | $300.00 | 1652089995 | 02/13/2019 | $300.00 | 25664727453 | 03/18/2019 | $722.00 | 25664744553 |
| 04/30/2019 | $700.00 | 25664847660 | 06/04/2019 | $720.00 | 25664752383 | 09/13/2019 | $1,000.00 | 26014210536 |
| 09/13/2019 | $500.00 | 26014210547 | 10/16/2019 | $600.00 | 26183054351 | 10/16/2019 | $600.00 | 26183054340 |
| 02/04/2020 | $1,000.00 | 26346258066 | 02/04/2020 | $600.00 | 26346258077 | 03/24/2020 | $200.00 | 26655054480 |
| 03/24/2020 | $1,000.00 | 26346322710 | 03/24/2020 | $1,000.00 | 26346322708 | 03/24/2020 | $700.00 | 26346322721 |
| 04/30/2020 | $722.00 | 26346340405 | 06/01/2020 | $720.00 | 26559976195 | 08/04/2020 | $720.00 | 26801564040 |

**Total Receipts for the Period: $12,104.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $16,904.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 3 | PA HOUSING FINANCE AGENCY »» 03P | Secured Creditors | $3,728.52 | $1,761.95 | $1,966.57 |
| 3 | PA HOUSING FINANCE AGENCY »» 003 | Mortgage Arrears | $16,500.00 | $8,259.60 | $8,240.40 |
| 1 | PHILADELPHIA GAS WORKS »» 01S | Secured Creditors | $2,842.94 | $1,423.11 | $1,419.83 |
| 1 | PHILADELPHIA GAS WORKS »» 01U | Unsecured Creditors | $1,461.74 | $0.00 | $1,461.74 |
| 2 | CITY OF PHILADELPHIA (LD) »» 002 | Secured Creditors | $3,649.44 | $1,826.87 | $1,822.57 |
| 4 | MICHAEL A LATZES ESQ »» 004 | Attorney Fees | $1,510.00 | $1,510.00 | $0.00 |

**Chapter 13 Case No. 17-10741-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $16,904.00 | Current Monthly Payment: | $722.00 |
| Paid to Claims: | $14,781.53 | Arrearages: | $1,492.00 |
| Paid to Trustee: | $1,474.47 | Total Plan Base: | $31,392.00 |
| Funds on Hand: | $648.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.