| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 17-10741-AMC**

CHERYL Y. WITHERSPOON
4430 HURLEY STREET
PHILADELPHIA  PA    19120

Petition Filed Date: 02/01/2017
341 Hearing Date: 04/21/2017
Confirmation Date: 09/13/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/04/2020 | $1,000.00 | 26346258066 | 02/04/2020 | $600.00 | 26346258077 | 03/24/2020 | $200.00 | 26655054480 |
| 03/24/2020 | $1,000.00 | 26346322710 | 03/24/2020 | $1,000.00 | 26346322708 | 03/24/2020 | $700.00 | 26346322721 |
| 04/30/2020 | $722.00 | 26346340405 | 06/01/2020 | $720.00 | 26559976195 | 08/04/2020 | $720.00 | 26801564040 |
| 09/30/2020 | $500.00 | 26801584740 | 11/02/2020 | $720.00 | 26801596787 | 11/30/2020 | $1,000.00 | 26771026105 |
| 11/30/2020 | $100.00 | 26771026116 | 01/25/2021 | $1,000.00 | 26671249282 | 02/12/2021 | $720.00 | 27087252917 |
| 03/16/2021 | $720.00 | 26987550941 | 05/14/2021 | $1,000.00 | 27013278925 | 05/14/2021 | $1,000.00 | 27013278914 |
| 05/18/2021 | $1,000.00 | 27428510485 | | | | | | |

**Total Receipts for the Period: $14,422.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $24,664.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 3 | PA HOUSING FINANCE AGENCY<br>»»  03P | Secured Creditors | $3,728.52 | $2,896.59 | $831.93 |
| 3 | PA HOUSING FINANCE AGENCY<br>»»  003 | Mortgage Arrears | $16,500.00 | $13,014.01 | $3,485.99 |
| 1 | PHILADELPHIA GAS WORKS<br>»»  01S | Secured Creditors | $2,842.94 | $2,242.31 | $600.63 |
| 1 | PHILADELPHIA GAS WORKS<br>»»  01U | Unsecured Creditors | $1,461.74 | $0.00 | $1,461.74 |
| 2 | CITY OF PHILADELPHIA (LD)<br>»»  002 | Secured Creditors | $3,649.44 | $2,878.43 | $771.01 |
| 4 | MICHAEL A LATZES ESQ<br>»»  004 | Attorney Fees | $1,510.00 | $1,510.00 | $0.00 |

**Chapter 13 Case No. 17-10741-AMC**

### SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $24,664.00 | Current Monthly Payment: | $722.00 |
| Paid to Claims: | $22,541.34 | Arrearages: | $952.00 |
| Paid to Trustee: | $2,122.66 | Total Plan Base: | $31,392.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.