United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                                           Case No. 17-10741-amc
Cheryl Y. Witherspoon                                                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                  User: admin                  Page 1 of 2
Date Rcvd: May 13, 2022             Form ID: 138FIN             Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol     Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cheryl Y. Witherspoon, 4430 Hurley Street, Philadelphia, PA 19120-4527 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | May 14 2022 00:12:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 14 2022 00:11:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2022              Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2022 at the address(es) listed below:

**Name**                  **Email Address**

KEVIN G. MCDONALD
         on behalf of Creditor U.S. Bank National Association (Successor Trustee for the PHFA pursuant to said Trust Indenture) bkgroup@kmllawgroup.com

LEON P. HALLER
         on behalf of Creditor U.S. Bank National Association (Successor Trustee for the PHFA pursuant to said Trust Indenture)

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 13, 2022 | Form ID: 138FIN | Total Noticed: 3 |

lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com

MATTEO SAMUEL WEINER
    on behalf of Creditor U.S. Bank National Association (Successor Trustee for the PHFA pursuant to said Trust Indenture) bkgroup@kmllawgroup.com

MICHAEL A. LATZES
    on behalf of Debtor Cheryl Y. Witherspoon efiling@mlatzes-law.com

POLLY A. LANGDON
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

POLLY A. LANGDON
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

REBECCA ANN SOLARZ
    on behalf of Creditor U.S. Bank National Association (Successor Trustee for the PHFA pursuant to said Trust Indenture) bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Cheryl Y. Witherspoon
        Debtor(s)

Case No: 17−10741−amc
Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO FINAL REPORT

    To all parties in interest, NOTICE IS GIVEN THAT:

    The Standing Chapter 13 Trustee has filed his final report and account. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed within 30 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

    All objections must be filed with the Clerk at the following address:

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

    In the absence of any objection, the Court may approve the Trustee's Final Report and Account.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 5/13/22

101 − 100
Form 138FIN