United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                                Case No. 17-10741-amc

Cheryl Y. Witherspoon                                                                                 Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 2
Date Rcvd: Jun 13, 2022 | Form ID: 195 | Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2022:**

**Recip ID        Recipient Name and Address**
db              + Cheryl Y. Witherspoon, 4430 Hurley Street, Philadelphia, PA 19120-4527

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2022                    Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2022 at the address(es) listed below:**

**Name**                        **Email Address**

KEVIN G. MCDONALD
                on behalf of Creditor U.S. Bank National Association (Successor Trustee for the PHFA  pursuant to said Trust Indenture) bkgroup@kmllawgroup.com

LEON P. HALLER
                on behalf of Creditor U.S. Bank National Association (Successor Trustee for the PHFA  pursuant to said Trust Indenture) lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com

MATTEO SAMUEL WEINER
                on behalf of Creditor U.S. Bank National Association (Successor Trustee for the PHFA  pursuant to said Trust Indenture) bkgroup@kmllawgroup.com

MICHAEL A. LATZES
                on behalf of Debtor Cheryl Y. Witherspoon efiling@mlatzes-law.com

POLLY A. LANGDON
                on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 13, 2022 | Form ID: 195 | Total Noticed: 1 |

POLLY A. LANGDON
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

REBECCA ANN SOLARZ
    on behalf of Creditor U.S. Bank National Association (Successor Trustee for the PHFA  pursuant to said Trust Indenture) bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                 : Chapter 13

Cheryl Y. Witherspoon                                  : Case No. 17−10741−amc
       Debtor(s)

### ORDER
_____

AND NOW, this day , June 13, 2022 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court

103
Form 195